UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER W. ROBERTSON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA HEALTH CARE, et al.,<br><br>Defendants. | No. 2:18-cv-0701 KJN P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner, proceeding without counsel. Plaintiff's complaint was filed with the court on March 30, 2018. The court's own records reveal that on March 26, 2018, plaintiff filed a complaint containing virtually identical allegations. (2:18-cv-0647 CKD).[1] Due to the duplicative nature of the present action, the court will recommend that the complaint be dismissed.[2]

////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

[2] It appears that plaintiff appended different exhibits to the instant complaint than he appended to the complaint in 2:18-cv-0647 CKD. Litigants are not required to append exhibits to their pleadings. In any event, it appears plaintiff subsequently submitted most of the exhibits from this case in 2:18-cv-0647 CKD. Id. (ECF No. 6, 7.) However, in an abundance of caution, the Clerk is directed to file plaintiff's exhibits in 2:18-cv-0647 CKD as a separate docket entry therein.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to assign a district judge to this case;

2. The Clerk of the Court is directed to file a copy of exhibits (ECF No. 5-41) from this action into plaintiff's earlier-filed action, 2:18-cv-0647 CKD, as a separate docket entry; and

IT IS RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 7, 2018

/robe0701.23

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE